CAMERON D. BORDNER, ESQ. (236312)
*bordner@mobolaw.com*
**MOLSBY & BORDNER, LLP**
10280 Donner Pass Road
Truckee, CA 96161
Tel: (530) 214-8700
Fax: (530) 214-8158

ROBIN D. SHOFNER, ESQ. (272552)
*shofner@mobolaw.com*
**MOLSBY & BORDNER, LLP**
1830 15th Street, Suite 100
Sacramento, CA 95811
Tel: (916) 447-0529
Fax: (916) 848-3500

Attorneys for Plaintiffs:
BRIT A. BORHAUG and
JAN BORHAUG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIT A. BORHAUG and JAN BORHAUG,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, INC.; U.S. BANK, N.A.; and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No.: 4:14-cv-02368-KAW<br><br>**ORDER REGARDING JOINT STIPULATION TO STAY LITIGATION**<br><br>Removed:　　May 22, 2014<br>FAC Filed:　　June 18, 2014 |

Plaintiffs Plaintiffs Brit A. Borhaug and Jan Borhaug (collectively, "Plaintiffs") and Defendants Select Portfolio Servicing, Inc. and U.S. Bank, N.A., as Trustee, Successor in Interest to Bank of America, N.A., as Trustee, Successor by Merger to LaSalle Bank, N.A., as Trustee, for WaMu Mortgage (collectively, "Defendants") submitted a joint stipulation requesting a temporary stay of litigation in order to pursue resolution of the case. Having

reviewed the stipulation and good cause appearing, this Court **HEREBY ORDERS THAT**:

1. All pending deadlines shall be continued while the parties participate in the Court's ADR Program.

2. The case management conference presently on calendar for August 19, 2014 is continued to January 27, 2015 at 1:30 p.m. If the parties are still actively engaged in settlement discussions as January 27, 2015 approaches, they may file a stipulation, by no later than one week prior to the case management conference, asking that the Court continue it to a later date.

3. Should the Parties be unsuccessful in reaching settlement, any case management conference scheduled at the time will proceed, and the parties shall file a joint case management conference statement one week prior to the case management conference. The deadline for filing a responsive pleading to the First Amended Complaint will be one week prior to the due date for the case management conference statement.

Date: 07/03/2014

KANDIS A. WESTMORE
United States Magistrate Judge