Regina J. McClendon (State Bar No. 184669)
rmcclendon@lockelord.com
Lindsey E. Kress (State Bar No. 278213)
lkress@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: 415-318-8810
Fax: 415-676-5816

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC. and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NA, AS TRUSTEE, FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR15 (erroneously sued as U.S. Bank, N.A.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIT A. BORHAUG and JAN BORHAUG<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.; U.S. BANK, N.A.; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 4:14-cv-02368-KAW<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY LITIGATION<br><br><br>Complaint Filed: April 22, 2014 |

Pursuant to the stipulation of defendants Select Portfolio Servicing, Inc. ("SPS") and U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank NA, as Trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR15 (erroneously sued as U.S. Bank, N.A.) (hereinafter "U.S. Bank") (collectively with SPS, "Defendants") and plaintiffs Brit A. Borhaug and Jan Borhaug

( "Plaintiffs") (collectively with Defendants, the "Parties"), and good cause appearing, the Court orders as follows:

    1.    Litigation in this case will be temporarily stayed while the Parties continue to participate in the Court's ADR Program.

    2.    Defendants' deadline to respond to the First Amended Complaint shall be continued to June 17, 2015;

    3.    The Case Management Conference presently on calendar for April 7, 2015 shall be continued to July ~~9,~~ 28, 2015.

IT IS SO ORDERED.

Dated: 03/09/2015

_____
Hon. Kandis A. Westmore