1  Regina J. McClendon (State Bar No. 184669)
rmcclendon@lockelord.com

2  Lindsey E. Kress (State Bar No. 278213)
lkress@lockelord.com

3  LOCKE LORD LLP

4  44 Montgomery Street, Suite 4100
San Francisco, CA  94104

5  Telephone:  415-318-8810
Fax:  415-676-5816

6

7  Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC. and U.S. BANK NATIONAL ASSOCIATION, AS

8  TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL
ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NA, AS

9  TRUSTEE, FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR15
(erroneously sued as U.S. Bank, N.A.)

10

11                          UNITED STATES DISTRICT COURT

12                          NORTHERN DISTRICT OF CALIFORNIA

13

14
BRIT A. BORHAUG and JAN BORHAUG       )  CASE NO. 4:14-cv-02368-KAW

15                                     )
                        Plaintiffs,    )  **ORDER GRANTING JOINT**

16                                     )  **STIPULATION TO STAY**
                                       )  **LITIGATION**

17       v.                            )
                                       )

18  SELECT PORTFOLIO SERVICING, INC.; U.S.  )
BANK, N.A.; and DOES 1 to 100, inclusive,  )

19                                     )
                        Defendants.    )

20                                     )
                                       )

21                                     )  Complaint Filed:  April 22, 2014

22

23        Pursuant to the stipulation of defendants Select Portfolio Servicing, Inc. ("SPS") and U.S.

24  Bank National Association, as Trustee, successor in interest to Bank of America, National

25  Association, as Trustee, successor by merger to LaSalle Bank NA, as Trustee for WaMu Mortgage

26  Pass-Through Certificates Series 2006-AR15 (erroneously sued as U.S. Bank, N.A.) (hereinafter

27  "U.S. Bank") (collectively with SPS, "Defendants") and plaintiffs Brit A. Borhaug and Jan Borhaug

28

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA  94104

1   ( "Plaintiffs") (collectively with Defendants, the "Parties"), and good cause appearing, the Court

2   orders as follows:

3        1.      Litigation in this case will be temporarily stayed while the Parties continue to

4   participate in the Court's ADR Program.

5        2.      Defendants' deadline to respond to the First Amended Complaint shall be continued

6   to August 17, 2015;

7        3.      The Case Management Conference presently on calendar for July 28, 2015 shall be

8   continued to September 29, 2015.

9        4.      The parties shall file a joint status report within 14 days of their next ADR Phone

10  Conference, which is currently set for June 24, 2015.

11       IT IS SO ORDERED.

12

13  Dated: __06/15/2015_____        _____

14                                           Hon. Kandis A. Westmore

**Locke Lord LLP**
**44 Montgomery Street, Suite 4100**
**San Francisco, CA  94104**