United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIT A. BORHAUG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING, INC., et al., <br><br> Defendants. | Case No.  14-cv-02368-KAW <br><br> **ORDER RE PARTIES' FAILURE TO FILE JOINT STATUS REPORT** <br><br> Re: Dkt. No. 29 |

On June 15, 2015, the Court approved the parties' stipulation to continue to stay this action. (Order, Dkt. No. 29.)  In its order, the Court instructed the parties to file a joint status report within 14 days of their next ADR Phone Conference, which was then-set for June 24, 2015.  (*Id.* at 2.) As of the filing of this order, the parties have not filed a joint status report.  Because the next ADR Phone Conference is scheduled for August 5, 2015, the Court now orders the parties to submit a joint status report by no later than **August 19, 2015**.  If the parties fail to do so, the Court will schedule a case management conference so that the parties have an opportunity to update the Court on the status of this case.

IT IS SO ORDERED.

Dated: 07/17/2015

KANDIS A. WESTMORE
United States Magistrate Judge