CAMERON D. BORDNER, ESQ. (236312)
*bordner@mobolaw.com*
**MOLSBY & BORDNER, LLP**
10280 Donner Pass Road
Truckee, CA 96161
Tel: (530) 214-8700
Fax: (530) 214-8158

ROBIN D. SHOFNER, ESQ. (272552)
*shofner@mobolaw.com*
**MOLSBY & BORDNER, LLP**
1830 15th Street, Suite 100
Sacramento, CA 95811
Tel: (916) 447-0529
Fax: (916) 848-3500

Attorneys for Plaintiffs:
BRIT A. BORHAUG and
JAN BORHAUG

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIT A. BORHAUG and JAN BORHAUG, | Case No.: 4:14-cv-02368-KAW |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | Removed:    May 22, 2014 |
| | FAC Filed:    June 18, 2014 |
| SELECT PORTFOLIO SERVICING, INC.; U.S. BANK, N.A.; and DOES 1 to 100, inclusive, | |
| Defendants. | |

///

///

///

///

///

---

1
**NOTICE OF VOLUNTARY DISMISSAL**

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(A)(i), Plaintiffs BRIT A. BORHAUG and JAN BORHAUG, hereby voluntarily dismiss the above-captioned action without prejudice.

Dated: August 13, 2015 **MOLSBY & BORDNER, LLP**

 _/s/ Robin D. Shofner_
Robin D. Shofner, Esq.
Attorney for Plaintiffs:
BRIT A. BORHAUG and
JAN BORHAUG

**NOTICE OF VOLUNTARY DISMISSAL**